# United States Court of Appeals
## For the First Circuit

No. 10-1792

FRANCIS HANNON,

Plaintiff, Appellant,

v.

JEFFREY BEARD,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court, issued on June 8, 2011, is corrected as follows:

On page 1 (coversheet), remove "by appointment of the court," from the attorney listing.

On page 6, line 24, remove the word "appointed".